UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-1320 AG (JCx) | Date | September 6, 2013 |
|---|---|---|---|
| Title | STEARNS LENDING, INC. V. AVANTAIR, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Plaintiff Stearns Lending, Inc. ("Plaintiff") filed this state court complaint against Defendants Avantair, Inc., Steven F. Santo, David Haslett, Kevin V. McKamey, and Tom Palmiero (collectively, "Defendants"), alleging, among other things, fraud and misrepresentation relating to a flight services agreement. Defendants removed this case to federal court under diversity jurisdiction.

"Federal courts 'jealously' guard their own jurisdiction and, where appropriate, will dismiss a case for lack of subject matter jurisdiction even if the issue is not raised by the parties." *RDF Media Ltd. v. Fox Broad. Co.*, 372 F. Supp. 2d 556, 560 (C.D. Cal. 2005) (citing *In re Mooney,* 841 F.2d 1003, 1006 (9th Cir. 1988)). The Court is also mindful of the Plaintiff's choice of a state court forum for resolution of his claims. The Court therefore ORDERS Defendants to show cause in writing within 14 days of this Order why this action should not be remanded.

In their response, Defendants should focus on the issue of unanimity among defendants for removal. "Ordinarily, under 28 U.S.C. § 1446(a), all defendants in a state action must join in the petition for removal . . . ." *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (citing *Hewitt v. City of Stanton*, 798 F.2d 1230, 1233 (9th Cir. 1986)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-1320 AG (JCx) | Date | September 6, 2013 |
|---|---|---|---|
| Title | STEARNS LENDING, INC. V. AVANTAIR, INC., et al. | | |

 As defendants Santo, Haslett, McKamey, and Palmiero note, Avantair, Inc. has not joined in the Notice of Removal.

Plaintiff may submit a response within seven days of Defendants' filing.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |